UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT M. BRYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>        Defendants. | No.  2:25-cv-1937-DJC-CKD (PS)<br><br><br><br>ORDER |

      Plaintiff initiated this action with a complaint filed on July 11, 2025, and defendants answered the complaint on July 30, 2025. (ECF Nos. 1, 5.) On August 4, 2025, plaintiff filed a document purporting to be a first amended complaint. (ECF No. 5.) However, plaintiff may only amend with defendants' written consent or leave of court. See Fed. R. Civ. P. 15(a). For this reason, the court will strike the first amended complaint filed on August 4, 2025.

      Within 30 days from the date of this order, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26. Within 7 days after the parties' Rule 26 meeting, the parties shall file a Joint Status Report[1] for the purpose of the court's entry of a pretrial scheduling order. The joint status report shall address the relevant portions of Local

---

[1] If the parties are unable to file a joint status report, they may file separate status reports.

1

Rule 240(a). The parties may request a hearing before the Magistrate Judge or may request that the pretrial scheduling order issue without a hearing before the Magistrate Judge.

In accordance with the above, IT IS HEREBY ORDERED:

1. The first amended complaint filed on August 4, 2025, is STRICKEN as improperly filed under Rule 15 of the Federal Rules of Civil Procedure.

2. Within 30 days from the date of this order, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26.

3. Within 7 days after the parties' Rule 26 discussion, the parties shall file a joint status report and request for hearing before the Magistrate Judge for the purpose of entry of a pretrial scheduling order. The report shall address the following matters:

   a. Service of process;

   b. Possible joinder of additional parties;

   c. Any expected or desired amendment of the pleadings;

   d. Jurisdiction and venue;

   e. Anticipated motions and their scheduling;

   f. The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

   g. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

   h. Special procedures, if any;

   i. Estimated trial time;

   j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

   k. Whether the case is related to any other cases, including bankruptcy;

   l. Whether a settlement conference should be scheduled before another Magistrate Judge;

   m. The parties' positions with respect to Voluntary Dispute Resolution (VDRP) under Local Rule 271(d); and

n. Any other matters that may add to the just and expeditious disposition of this matter.

Dated:  August 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, brya25cv1937.isc

3