UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT M. BRYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY, ET AL.,<br><br>    Defendants. | Case No.: 2:25-cv-01937-DJC-CKD (PS)<br><br>CONSENT ORDER |

    Each of the parties in the above-captioned case consented to the jurisdiction of a United States Magistrate Judge under 28 U.S. Code § 636(c)(1). See ECF No. 7. See also ECF No. 8.

    The undersigned, having reviewed the file herein, good cause appearing, recommends that the above-captioned case be referred to the assigned Magistrate Judge for review, and if approved, be reassigned to said judge for all further proceedings, including, if appropriate, authority to enter a final judgment in the action. See E.D. Cal. L.R. 305(b). See also Fed. R. Civ. P. 73(a).

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court reassign this case to the Honorable Chief Magistrate Judge Carolyn K. Delaney for all further proceedings including, but not limited to, motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of final judgment;

2. All deadlines and pending dates previously set before Judge Calabretta be VACATED and RESET before the assigned Magistrate Judge; and

3. The parties take note that all documents hereafter filed with the Clerk of the Court bear case number: 2:25-cv-01937-CKD (PS).

IT IS SO ORDERED.

DATED: August 12, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings, including entry of final judgment.

Dated: 08/12/15

                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE