UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENT M. BRYAN,

    Plaintiff,

    v.

TAHOE REGIONAL PLANNING AGENCY, et al.,

    Defendants.

No. 2:25-cv-1937-CKD (PS)

ORDER

    On August 18, 2025, plaintiff filed a motion for reconsideration of the undersigned's order filed on August 7, 2025, which struck the first amended complaint as improperly filed and ordered the parties to meet as required by Rule 26 of the Federal Rules of Civil Procedure and then file a joint status report. (ECF No. 6.) In relevant part, the undersigned noted defendants had answered the complaint and found plaintiff needed the court's leave or defendants' written consent to file an amended complaint under Rule 15(a) of the Federal Rules of Civil Procedure. (Id. at 1.)

    Plaintiff's motion for reconsideration attaches proof that the complaint was served on the defendants on July 17, 2025, and on July 22, 2025. (ECF No. 10 at 6-8.) Thus, the first amended complaint was filed within 21 days after service. In addition, the first amended complaint was filed within 21 days after service of defendants' answer. Plaintiff did not require leave of court or defendants' written consent to amend as a matter of course. See Fed. R. Civ. P. 15(a) ("[a] party

1

may amend its pleading once as a matter of course no later than…. 21 days after serving it, or… if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier").

Good cause appearing, IT IS ORDERED as follows:

1. Plaintiff's motion for reconsideration (ECF No. 10) is GRANTED.
2. Upon reconsideration, the order filed on August 7, 2025 (ECF No. 6) is VACATED.
3. The Clerk of the Court is directed to update the docket to reflect that plaintiff's first amended complaint filed on August 7, 2025, is not stricken.
4. Defendants shall file a response to the first amended complaint within 14 days of the date of this order.

Dated:  August 20, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, brya25cv1937.re

2